

01-15-00401-CR

TO: THE CLERK OF THE  FOR THE 1ST SUPREME JUDICIAL DISTRICT
OF TEXAS
(Criminal Appeal)

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 12:33:32 PM
CHRISTOPHER A. PRINE
Clerk

Cause No:   12-DCR-061186

FROM THE 240TH JUDICIAL DISTRICT COURT
FORT BEND COUNTY, TEXAS

| | |
|---|---|
| BRANDON JAY CARTER | **Judge Presiding:** |
| VS | THOMAS R CULVER III |
| THE STATE OF TEXAS | **Court Reporter:** |
| IN THE MATTER OF DAVID CHRISTOPHER HESSE | LIZ WITTU |

| **Counsel for Appellant: DAVID CHRISTOPHER HESSE** | **Counsel for Appellee:** |
|---|---|
| L.T. "BUTCH" BRADT | JOHN F. HEALEY, JR., DISTRICT ATTORNEY |
| 14015 SOUTHWEST FREEWAY, SUITE 4 SUGAR LAND TEXAS 77478 | JOHN J. HARRITY III, STATE'S APPEAL ATTORNEY 301 JACKSON STREET RICHMOND, TEXAS 77469 |
| SBN: 02841600 | STUTI TREHAN PATEL, PROSECUTOR |
| TELEPHONE: 281-201-0700 | 301 JACKSON STREET |
| FAX: 281-201-1202 | RICHMOND, TEXAS  77469 |
| | SBN: 00797215 |
| | TELEPHONE: 281–341-4460 |

| | |
|---|---|
| Date of Judgment: | APRIL 15, 2015 |
| Date Judgment & Sentence Signed by Judge: | DENIAL OF PRETRIAL WRIT OF HABEAS CORPUS |
| Disposition of Case: | N/A |
| Jury Trial: | N/A |
| Appeals Consolidated Under this Cause: | N/A |
| Companion Cases: | N/A |
| Amount of Appeal Bond: | N/A |
| Notice of Appeal Filed on: | APRIL 16, 2015 |
| Motion for New Trial Filed on: | N/A |
| Appellant Confined: | N/A |
| Date Sentence Imposed: | N/A |
| | |
| Appellant Counsel was: | RETAINED |
| | |
| Signed, on this the 17th day of April, 2015 | |

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: *Lisa Tucker*

Deputy District Clerk  Lisa Tucker
Telephone: (281) 341-4516

ELECTRONICALLY SUBMITTED TO THE COURT OF APPEALS FOR THE 1ST SUPREME JUDICIAL DISTRICT OF TEXAS, AT HOUSTON, TEXAS ON THIS THE 17TH DAY OF APRIL, 2015.

ENCLOSURE(S):  NOTICE OF APPEAL

12-DCR-061186
NOTF
Notice
3528132



NO. 12-DCR-061186

| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| BRANDON JAY CARTER | § | 240TH JUDICIAL DISTRICT |

IN THE MATTER OF DAVID CHRISTOPHER HESSE

---

## NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

David Christopher Hesse hereby gives notice of appeal to the First Court of Appeals in Houston, Texas, to the Court's denial of his pretrial writ of habeas corpus – double jeopardy. There is presently pending in the First Court of Appeals a writ of mandamus and writ of prohibition arising out of this case. That proceeding is *In re Brandon Jay Carter*, Docket No. 01-15-00216-CR and Docket No. 01-15-00216-CR.

Appellant has by written instrument filed on even date, requested the Court Reporter to prepare the record of the April 15, 2015 hearing. Brandon Jay Carter is indigent.

Respectfully submitted,

/s/ L.T. "Butch" Bradt
L.T. "Butch" Bradt #02841600
14015 Southwest Freeway, Suite 4
Sugar Land, Texas 77478
(281) 201-0700
Fax: (281) 201-1202
Attorney for David Christopher Hesse

FILED

2015 APR 16 AM 11: 24

CLERK DISTRICT COURT
FORT BEND CO., TX

# CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that a true and correct copy of the foregoing Motion was hand-delivered to:

John F. Healey, Jr., District Attorney
Fred Felcman, Ass't District Attorney
1422 Eugene Heimann Circle
Richmond, TX 77469

On April 15, 2015.

/s/ L.T. "Butch" Bradt
L.T. "Butch" Bradt